IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware LLC, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, Inc., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, INTERSCOPE RECORDS, a California general partnership, LAFACE RECORDS, LLC, a Delaware limited liability company, MAVERICK RECORDING COMPANY, a California joint venture, MOTOWN RECORD COMPANY, L.P., a California limited partnership, PRIORITY RECORDS, LLC, a California limited liability company, UMG RECORDINGS, Inc., a Delaware corporation, WARNER BROS. RECORDS, INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, VIRGIN RECORDS AMERICA, Inc., a California corporation, and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>V.<br><br>DOES 1-18,<br><br>    Defendants. | CASE NO. 8:07CV3202<br><br><br><br><br><br>ORDER |

This matter is before the Court on the Notice of Case Dismissal filed by the Plaintiffs regarding their claims against Defendant Doe No. 14. The Notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(i).

IT IS ORDERED:

1.  The Notice of Case Dismissal (Filing No. 9) is approved;

2. All claims against Doe No. 14, only, are hereby dismissed without prejudice; and

3. The Plaintiffs and Defendant Doe No. 14 shall pay their own costs and attorney fees.

DATED this 4th day of December, 2007.

                                  BY THE COURT:

                                  s/Laurie Smith Camp
                                  United States District Judge