IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARISTA RECORDS LLC, a Delaware limited liability company, et al.,** )<br>)<br>)<br>          **Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**DOES 1 - 18,** )<br>)<br>          **Defendants.** )<br>) | **8:07CV3202**<br><br>**ORDER TO SHOW CAUSE** |

     This matter was referred to the magistrate judge for full pretrial supervision. The case was filed on August 8, 2007 and plaintiffs were given leave to serve a subpoena on the University of Nebraska (UNL) to determine the actual names of the defendants. The plaintiffs did not comply with the court's Order of August 9, 2007, directing them to serve their Rule 45 subpoena upon UNL forthwith and file a certificate of service for the subpoena. To date, no actual defendants have been identified, no summonses were requested or issued, and there has been no activity in the case except for the voluntary dismissal of Doe No. 14 in mid-November. The record strongly suggests that this case is not being prosecuted with reasonable diligence.

     **IT IS ORDERED** that the plaintiffs shall show cause why this case should not be dismissed in accordance with NECivR 41.1 for failure to prosecute. The showing of cause shall be filed electronically on or before the close of business on **January 15, 2008.**

     **DATED January 3, 2008.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**