## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARISTA RECORDS LLC, a Delaware limited liability company, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **8:07CV3202** |
| **vs.** | ) ) | **ORDER** |
| **DOES 1 - 18,** | ) ) | |
| **Defendants.** | ) ) | |

The plaintiffs have taken no action pursuant to Fed. R. Civ. P. 45(c) as directed in the court's January 16, 2008 order.  Consequently, the court assumes that the University of Nebraska - Lincoln (UNL) has fully complied with the plaintiffs' subpoena duces tecum and that the plaintiffs have received the information they need to complete service on the defendants.

**IT THEREFORE IS ORDERED** that plaintiffs shall effect service on all remaining defendants, and file proof thereof, no later than **March 25, 2008.**  If plaintiffs are unable to serve any of the defendants by March 25, 2008, they shall file a status report explaining in detail why they have been unable to do so.

**DATED February 21, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**