IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware Limited Liability Company, BMG MUSIC, a New York General Partnership, CAPITOL RECORDS, Inc., a Delaware Corporation, ELEKTRA ENTERTAINMENT GROUP, Inc., a Delaware Corporation, INTERSCOPE RECORDS, a California General Partnership, LAFACE RECORDS, LLC, a Delaware Limited Liability Company, MAVERICK RECORDING, Company, a California Joint Venture, MOTOWN RECORD, Company, L.P., a California Limited Partnership, PRIORITY RECORDS, LLC, a California Limited Liability Company, UMG RECORDINGS, Inc., a Delaware Corporation, WARNER BROS. RECORDS, Inc., a Delaware Corporation, SONY BMG MUSIC ENTERTAINMENT, a Delware General Partnership, VIRGIN RECORDS AMERICA, Inc., a California Corporation,  and ATLANTIC RECORDING, Corporation, a Delaware Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOES 1-13,  and DOES 15-18,<br><br>    Defendants. | CASE NO. 8:07CV3202<br><br><br><br>ORDER |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal Without Prejudice (Filing No 17).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(I), the Court finds that the action should be dismissed.  Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 17) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 18th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge